1  McGREGOR W. SCOTT
   United States Attorney
2  SHERRILL A. CARVALHO
   Assistant U.S. Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile:  (559) 497-4099
5

**FILED**

FEB 1 3 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
            DEPUTY CLERK

**LODGED**

FEB 9 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
            DEPUTY CLERK

6
7
8           IN THE UNITED STATES DISTRICT COURT FOR THE
9                    EASTERN DISTRICT OF CALIFORNIA
10
11

| | |
|---|---|
| 12  UNITED STATES OF AMERICA, | ) ORDER RE: NOTICE OF RELATED |
| 13          Plaintiff, | ) CASES |
| | ) Case No. 1:07-cr-00042 AWI |
| 14          v. | ) |
| 15  GREG BARZAN, | ) |
| 16          Defendant. | ) |
| 17  UNITED STATES OF AMERICA, | ) Case No. 1:07-cr-00043 AWI |
| 18          Plaintiff, | ) |
| 19          v. | ) |
| 20  RICK BARZAN, | ) |
| 21          Defendant. | ) |
| 22  UNITED STATES OF AMERICA, | ) Case No. 1:07-cr-00044 OWW |
| 23          Plaintiff, | ) |
| 24          v. | ) |
| 25  JOHN BARZAN, | ) |
| 26          Defendant. | ) |

27
28

1  IT IS HEREBY ORDERED that the case 1:07-cr-00044 OWW be
2  joined with case numbers 1:07-cr-00042 AWI and 1:07-cr-00043 AWI
3  as they are all related as the charges arise out of the same
4  facts and circumstances underlying the current charges pending
5  against the defendants before Judge Ishii.
6  Dated: February _9_, 2007

Honorable Anthony W. Ishii
United States District Judge