```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  SHERRILL A. CARVALHO
    Assistant U.S. Attorney
 3  2500 Tulare Street, Suite 4401
    Fresno, CA 93721
 4  Telephone: (559) 497-4000
    Facsimile:  (559) 497-4099
 5

 6

 7

 8

 9              IN THE UNITED STATES DISTRICT COURT FOR THE

10                    EASTERN DISTRICT OF CALIFORNIA

11

12  UNITED STATES OF AMERICA,       ) ORDER RE: NOTICE OF RELATED
                                    ) CASES
13          Plaintiff,               )
                                    ) Case No. 1:07-cr-00042 AWI (LJO)
14      v.                          )
                                    )
15  GREG BARZAN,                    )
                                    )
16          Defendant.               )
    _____)
17  UNITED STATES OF AMERICA,       ) Case No. 1:07-cr-00043 AWI
                                    )
18          Plaintiff,               )
                                    )
19      v.                          )
                                    )
20  RICK BARZAN,                    )
                                    )
21          Defendant.               )
    _____)
22  UNITED STATES OF AMERICA,       ) Case No. 1:07-cr-00044 LJO (AWI)
                                    )
23          Plaintiff,               )
                                    )
24      v.                          )
                                    )
25  JOHN BARZAN,                    )
                                    )
26          Defendant.               )
    _____)
27

28
```

FILED FEB 27 2007 CLERK, U.S. DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA

LODGED FEB 26 2007 CLERK, U.S. DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA

1 |     IT IS HEREBY ORDERED that the case 1:07-cr-00044 LJO be
2 | joined with case numbers 1:07-cr-00042 AWI and 1:07-cr-00043 AWI
3 | as they are all related as the charges arise out of the same
4 | facts and circumstances underlying the current charges pending
5 | against the defendants before Judge Ishii.
6 | Dated: February 26, 2007

                                                Honorable Anthony W. Ishii
                                                United States District Judge