JASON W. HARREL, SBN 106856
CALONE LAW GROUP, LLP
1810 Grand Canal Blvd, Suite 6
Stockton, California 95207

Telephone: (209) 952-4545
Facsimile: (209) 952-8751

**FILED**

JUL 1 2 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
           DEPUTY CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,   )
                            )   CASE NO. 1:07-cr-00044 AWI
            Plaintiff,      )
                            )
    v.                      )   **STIPULATION AND ORDER**
                            )
JOHN BARZAN,                )
                            )
            Defendant.      )
_____)

With the Court's permission, the defendant JOHN BARZAN and the United States of America, by and through their undersigned attorneys, stipulate that the defendant's surrender date may be continued from July 5, 2007 at 2:00 p.m. to July 19, 2007 at 2:00 p.m. This continuance is requested due to the fact that the United States Bureau of Prisons has not yet designated a facility for defendant;

//
//
//
//
//
//
//

1   Accordingly, it is respectfully requested that the surrender date for John Barzan be
2   continued to July 19, 2007 at 2:00 p.m.
3
4   **SO STIPULATED.**
5
6   DATED: July 3, 2007                    /s/ Jason W. Harrel,
                                            JASON W. HARREL
7                                           Attorney for John Barzan
8                                           /s/ SherrillCarvalho
                                            SHERRILL CARVALHO
9                                           Assistant United States Attorney
10
    **IT IS SO ORDERED.**
11
12  DATED: 7-12-07
13                                          THE HONORABLE ANTHONY W. ISHII
                                            United States District Court Judge
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28